16 CV 6451
Amended Complaint

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

### 1. CAPTION OF ACTION

A. **Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. MICHAEL J. NEWSOME

2. _____

-VS-

B. **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. BOGAN.
2. Jermiah DRESSER (SGT)
3. MARK PLYTER
   BOB HOWARD
4. HUGH COMTON
5. _____
6. _____

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: MICHAEL J. NEWSOME #15-B-0145

Present Place of Confinement & Address: Wyoming CF  PO Bx 501 Attica, NY 14011

Name and Prisoner Number of Plaintiff: DIN # 15-B-0145

Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: BOGAN

(If applicable) Official Position of Defendant: Chief of Lyons Police Dept

(If applicable) Defendant is Sued in __X__ Individual and/or __x__ Official Capacity

Address of Defendant: 72 William St Lyons NY 14489 (There is no longer a Lyons Police Dept)

Name of Defendant: Jermiah Dresser

(If applicable) Official Position of Defendant: SERGENT Lyons Police Dept

(If applicable) Defendant is Sued in __x__ Individual and/or __x__ Official Capacity

Address of Defendant: 72 Willam St Lyons NY 14489 Note: There no longer a Lyons Police Dept.

Name of Defendant: HUGH COMTON

(If applicable) Official Position of Defendant: Police Officer

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 72 William St 14489 Note: There no longer Lyons Police Dept

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
    Yes ___  No X

If Yes. complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2.  Court (if federal court, name the district; if state court, name the county): _____

3.  Docket or Index Number: _____

4.  Name of Judge to whom case was assigned: _____

2

Name of Defendant MARK PLYTER
Official Position Employee Humane Society
Defendant Sued in X individual
Address of Defendant 1486 Lyons NY 14489

Name of Defendant  BOB HOWARD
Official Position X Individual and/or X Official Capacity
Adress of Defendant 72 Willams St Lyons NY 14489  Note.
Lyons Police dept no longer exist.

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun any other lawsuits in federal court which relate to your imprisonment?

    Yes____ No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

___ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ___ By court for failure to exhaust administrative remedies;

    ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ___ By court due to your voluntary withdrawal of claim;

___ <u>Judgment</u> upon motion or after trial entered for

    ___ plaintiff

    ___ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to 42 U.S.C. § 1997e(a), "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

A. FIRST CLAIM: On (date of the incident) 2/22/2013 at 1430 HRS,
defendant (give the **name and position held** of **each defendant** involved in this incident) BOGAN, Chief LPD, J. DRESSER SGT. MARK PLYTER HUMAME SOCIETY. BOB HOWARD LPD. HUGH COMPTON LPD. HUMAME SOCIETY OF WAYNE COUNTY.
did the following to me (briefly state what each defendant named above did): I Michael Newsome was the owner of 2 pure breed pitbulls, I own the dogs since they were 6 weeks old. I had a boy and female. My boy name was MOUTH and my female name was JEWELS. MOUTH bloodline is GOTTI, he was 18 months old, JEWELS bloodline was RAZOREDGE she was turning 4 mouths old. They where license, shots, and paperwork. Those dogs meant everything to me. I was in the process of establishing a kennel before this tragic event change my life forever.(see att)
The constitutional basis for this claim under 42 U.S.C. § 1983 is: 4th Amendment, Retaliation claim, 1st Amendment.
The relief I am seeking for this claim is (briefly state the relief sought): 1 MILLION DOLLARS for the euthanizing of my precious dogs illegally. 1 MILLION for pain and suffering, 500,000,00 loss wages. TOTAL $ 2.5 MILLION.

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: _____

A. SECOND CLAIM: On (date of the incident) _____,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

5

On 10/21/2013 I received a phone call by Kelsey William that Lyons Police Officers where looking to question me about a assault that happen on 10/20/2013. I place a call to the Lyons Police department, I provide my name and address to the receptionist and explain I was told that Officers wanted to question me. The receptionnist stated Mr. Bogan would like for you to come down to the station to answer question on a assault. I told the receptionist I do not know anything about a assault and Im not coming down to the station to be question by Bogan and to have Bogan contact my attorney for any further matters. I provide his name and phone number to give to Bogan.

On 10/22/2013 I left my residence around 11am, Jewels was in a cage with food and water. Mouth was free to roam my residece since he house trained, he had food and water. They where both inside my residence secured. I return homethat evening and knew something was at mist because Mouth would always greet me at the door. I notice both of my dogs where gone out of my residence. I began to panis and I called 911 to reprt a break-in of my residence and the taken of my dogs. I spoke to the same receptionist from 10/21/2013. I explained my dogs are missing and want to report a break in of my residence. She stated there was no break-in, Bogan order officers to seize your dogs because I would not come down to the station to answer questions about the assault on my girlfriend. I told her I do not know what she is talking aboutbut to take my dogs out of my residence is illegal without a search warrant and probable cause. I asked where are my dogs,she stated at the Humane Society. I hung up.

I immeditely called the Humane Society, they where closed at that hour. ON 10/23/2013 at 10am I called the Humane Society and spoke to Mark Plyter, I gave him my name and address, I explained my dogs where taken out of my residence illegally. Are they there? He stated they where and he along with Lyons Police Officers seized my dogs. I told him I was coming to get my dogs, He said that will be fine as long as you have all the paperwork of up date shots ect. On my way to get the my dogs I recieved a call back from MR. PLYTER whom stated that the Lyons Police Department has stated the dogs were abandon and not to release the dogs to me under any circumstances.

I told him you know my dogs was not ababdon, he said take that up with Mr. Bogan and the Police Officers and since your dogs are showing extreme aggression that they would be euthanized. I plead with him not to kill my dogs, I have all the correct paperwork and that my dogs where not abandon and they are not aggressive. He told me to take that up with them , I shouldve have went to the police station to answer the questions on why you beat up your girlfriend.I told him you have no right to hold my dogs, Ill be there shortly, he said if I step foot on this property he not releasing the dogs.

(cont pg 5)

I told him again my dogs were taken without a search warrent. He said the dogs were abandon and hung up the phone. I place a call to the Lyons Police Department and spoke to Mr Bogan whom was in the office this time, I explained that I just spoke to Mark Plyter from the Humane Society and they are not releasing my dogs and that illegal. Mr. Bogan stated that since I did not come to the station and answer the quesions on why you beat up your girlfriend, my men seized your dogs. I see I have your undivded attention now. I said you dont have any right to hold my dogs, theres no warrent to seize my dogs, he said he dont need one, but there would be a warrent for your arrest shortly. You have bigger problems then being concern about your dogs.

I told him to please release my dogs, he said I have other issues to worry about so do I want to come down and answer his questions. I told him NO I will not be coming down there to answer any of his question. I just want you to give the order to release my dogs, he stated you come down here to the station and we can discuss your dogs in person. I told him Ill be there in the morning with my lawyer.

On 10/24/2013 at 5:25am I was arrested on assault charges, I placed a 3-way call to the Humane Society to make arrang ments for my dogs to be pick up by my mother, she will bring all the paperwork and I give concent to release my dogs in her care. My Plyter stated the dogs are not being release, they are to be euthanized and if I continue to call there, he will have me charged with harrassment.

I called back the following day on 10/26/2013 and Mark Plyter told me that my dogs has been euthanized and there no need to call here again. I went in a state of shock and felt the pain deep in my heart. I gather up all the information who was involved with the seizer of my dogs from my residence through written reports from the clerk at the Lyons Police Department.

Cheif Bogan of Lyons Police Department gave order to have my dogs removed from my residence illegally and euthanized on the fact I would not come to the police station to answer questions about a assault. He retaliate against me by having my dogs killed.

SGT. J.Dresser enter 106 Catherine st witout a warrent and seized my dogs as a result of his actions my dogs were euthanized.

Mark Plyter enter 106 Catherine St, without a search warrent and seized my dogs as a result of his actions my dogs were killed

BoB Howard enter 106 Catherine without a search warrent and seize my dogs as a result my dogs were killed.

Hugh Comton enter my residence 106 Catherine St witout a search warrent and seized my dogs as a result my dogs were killed.

Humane Society of Wayne County euthanized my dogs without any justifaction.

did the following to me (briefly state what each defendant named above did): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No  If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No  If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____
_____
_____
_____

Do you want a jury trial? Yes_____ No_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___*Michael R Jerome*___  4/2/20
               (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_____

_____

Signature(s) of Plaintiff(s)

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MICHAEL J. NEWSOME

**DEFENDANTS**
BOGAN. SGT, DRESSER. MARK PLYTER, BOB HOWARD. HUGH COMPTON.

(b) County of Residence of First Listed Plaintiff: Wyoming Co.
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: WayneCo
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
MICHAEL J. NEWSOME
Wyoming CF          Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | LABOR | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | [X] 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [X] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
4th Amendment and retaliation search and seizure

Brief description of cause:
Lyons Police offifers euthanized my dogs illegally

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 2.5 Million dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 4/2/2020    IF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Clerk of the Court

I Michael Newsome enclosed a amended complaint from a SUMMARY ORDER issued by the COURT OF APPEALS on 2/28/2020. I am aware of the filing fee thats being deducted from my inmate account on this action.

May the couts please be aware that I will be unable to serve the parties of this action due to the fact they are Police Officers and the Lyons Police department is no longer exist in the Village of Lyons at 72 Williams ST Lyons NY 14489. I do not know where any of them resides personally.

May the courts please inform me on what steps to take in this matter? The AG who represented the defendants removed from the case.

Thank You.

                                                        Respectfully
                                                   Michael Newsome

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____        _____
                                                       *Signature of Clerk or Deputy Clerk*

Michael Newsome 15B0143
Wyoming CF
POB 501
Attica, N.Y. 14011

NEOPOST 04/06/2020
US POSTAGE $001.40⁰
ZIP 140
041M11284

WYOMING CORRECTIONAL FACILITY

U.S. District Court
Kenneth Keating BLDG
100 State St
Rochester NY 14614

APR -8 REC'D

Legal Mail