UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL NEWSOME,

              *Plaintiff,*              **DEFENDANTS' PROPOSED DEPOSITION TESTIMONY FOR TRIAL**

v.

RICHARD BOGAN et al,              **Case No.: 16-cv-06451**

              *Defendants.*

Defendants, RICHARD BOGAN, JEREMIAH DRESSER, ROBERT HOWARD, HUGH COMPTON, and THE HUMANE SOCIETY OF WAYNE COUNTY (collectively "Defendants"), by and through their counsel, respectfully submit this Proposed Deposition Testimony for Trial:

    A.    Deposition of Plaintiff, Michael Newsome;

    B.    Deposition of Julie Emmel;

    C.    Deposition of Donald Emmel;

    D.    Deposition of Robert Howard;

    E.    Deposition of Hugh Compton;

    F.    Deposition of Jeremiah Dresser;

    D.    Deposition of Richard Bogan;

    H.    Deposition of Mark Plyter.

**Michael Newsome, Examination Before Trial**
**March 7, 2022**

- P. 7:23-25 to P. 8:4
- P. 8:7-25 to P. 9:2-25
- P. 10:7-25 to P. 14:2-25
- P. 15:7-14
- P. 16:14-25 to P. 17:2
- P. 22:19-25 to P. 24:2-25
- P. 25:2-11 to P. 30:2-4
- P. 26:2-25
- P. 30:10-21
- P. 31:9-25 to P. 32:2-25
- P. 33:22-23
- P. 35:5-25
- P. 36:6-25 to P. 38:2-6
- P. 38:20-25
- P. 39:23-25 to P. 40:2-25
- P. 41:12-25 to P. 42:2-25
- P. 43:2-25 to P. 48:2-25
- P. 50:2-25
- P. 53:5-25 to P. 54:8-13
- P. 55:2-25
- P. 56:11-25 to P. 58:2-25
- P. 62:6-13
- P. 64:3-25
- P. 69:4-25
- P. 70:2-25 to P. 71:2-21
- P. 73:2-22
- P. 74:15-25 to P. 75:2-5
- P. 76:16-22
- P. 77:5-25 to P. 80:2-25
- P. 81:2-15
- P. 83:6-25
- P. 84:21-25 to P. 85:2-25
- P. 87:2-25 to P. 88:2-27
- P. 92:2-25
- P. 94:14-25
- P. 96:4-9
- P. 100:19-25 to P. 102:2-4
- P. 107:2-25 to P. 108:2-18
- P. 109:24-25 to P. 110:2-12
- P. 111:2-25 to P. 112:2-15
- P. 118:2-25 to P. 119:2-22

- 3 -

- P. 120:11-17
- P. 120:21-25 to P. 121:2-24
- P. 124:2-25 to P. 126:2-9
- P. 126:10-19
- P. 126:24-25 to P. 127:3
- P. 128:5-25 to P. 129:2
- P. 131:7-14
- P. 131:23-24
- P. 132:22-25 to P. 133:2-3
- P. 133:19-21
- P. 133:22-25 to P. 134:2-7

### Julie Emmel, Examination Before Trial
### October 27, 2021

- P. 6:19-25 to P. 7:2-25
- P. 8:2-25
- P. 12:14-18
- P. 14:3-4
- P. 16:2-21
- P. 17:3-6
- P. 19:11-22
- P. 19:25 to P. 20:1-5
- P. 22:3-25
- P. 23:2-7
- P. 23:21-25 to P. 24:2-4
- P. 26:14-15, P. 28:23-24
- P. 29:3-23
- P. 30:20-25 to P. 31:2-24
- P. 32:2-25 to P. 39:2-21
- P. 40:12-20, 24-25 to P. 41:2-10
- P. 45:2-13
- P. 49:16-26
- P. 50:22-25 to P. 51:2-7
- P. 52:1-25 to P. 53:2-11
- P. 54:12-16
- P. 55:15-25 to P. 56:2-8
- P. 57:10-21
- P. 58:20-24
- P. 60:4-8
- P. 60:10-20
- P. 61:2-3
- P. 62:15-25 to P. 63:2-25

- P. 63:25 to P. 63:2-25
- P. 64:25 to P. 75:2-4

### Donald Emmel, Examination Before Trial
### December 17, 2021

- P. 4:25 to P. 8:2-10
- P. 10:2-9

### Hugh R. Compton, Examination Before Trial
### March 1, 2022

- P. 4:22-23 to P. 5:1-23
- P. 6:1-23 to P. 12:1-19
- P. 13:1-23 to P. 16:1-21
- P. 17:1-23
- P. 18:1-23 to P. 19:1-23
- P. 23:8-23 to P. 24:1-18
- P. 24:19-23 to P. 25:1
- P. 28:1-22
- P. 29:22-23 to P. 30:1-23
- P. 31:4-23 to P. 32:1-23
- P. 33:3-23 to P. 34:1-20
- P. 35:4-19
- P. 37:1-13
- P. 38:15-18
- P. 40:4-10
- P. 46:6-22
- P. 46:23 to P. 47:1-2

### Robert E. Howard, Examination Before Trial
### March 1, 2022

- P. 5:17-23 to P. 6:1-23
- P. 7:1-23 to P. 11:1-23
- P. 12:3-23 to P. 14:1-5. 18-23
- P. 15:6-14
- P. 16:9-23 to P. 17:1-23
- P. 18:3-6
- P. 19:1-8
- P. 19: 9-23 to P. P. 30:1-23
- P. 31:1-23 to P. 32:1-11
- P. 33:1-23 to P. 34:1-21

- P. 35:22-2 to P. 36:1-20
- P. 39:4-23 to P. 40:1-23
- P. 41:1-21
- P. 43:1-22
- P. 44:1-23
- P. 45:8-23
- P. 48:1-23 to P. 49:1
- P. 51:12-19
- P. 52: 4-13
- P. 53: 3-8
- P. 54:1-23
- P. 55:1-23 to P. 56:1-23
- P. 57:1-23 to 58:1-23
- P. 59:1-23 to P. 60:1-17
- P. 61:1-23 to P. 62:1-23
- P. 63:9-11 to P. 64:1-23
- P. 67:1-6
- P. 74: 21-23 to P. 75:1-9

### Jeremiah Dresser, Examination Before Trial
### October 29, 2021

- P. 4:14-25 to P. 5:2-10
- P. 6:7-25 to P. 9:2-25
- P. 10:2-13
- P. 11:5-23
- P. 12:2-25 to P. 13:2-23
- P. 14:2-12, 16-25 to P. 15:2-21
- P. 16:16-19
- P. 17:10-24
- P. 18:24-25 to P. 20:2-6
- P. 20:18-25 to P. 21:2-9
- P. 24:3-8, 16-25 to P. 25:2-25
- P. 26:2-8
- P. 29:5-25 to P. 30:2-9

### Richard Bogan, Examination Before Trial
### January 13, 2022

- P. 7:12-24 to P. 8:2-24
- P. 11:21-23 to P. 12:2-4
- P. 15:2-23 to P. 25:2-23

- P. 27:2-23 to P. 28:2-23
- P. 32:12-23 to P. 33:2-23
- P. 36:5-17
- P. 37:2-23 to P. 38:2-18
- P. 48:12-21
- P. 49:19-23 to P. 50:1-23
- P. 51:1-23 to P. 53:1-5
- P. 54:20-23 to P. 55:1-22
- P. 59:1-25 to P. 60:1-23
- P. 61:1-12
- P. 62:1-6
- P. 65:7-9, P. 69:6-11
- P. 70:23 to P. 71:2-16
- P. 73:8-23 to P. 83:1-11, 23
- P. 84:1-15, 23
- P. 85:1-23 to P. 93:1-21
- P. 95:6-18, 21-23
- P. 96:1-23 to P. 99:1-22
- P. 100:1-17
- P. 101:9-21
- P. 102:1-23 to P. 103:1-5
- P. 103:6-23 to P. 104:1-23
- P. 105:1-13
- P. 106:15-13
- P. 108:10-22 to P. 110:1-23
- P. 111:1:23 to P. 114:1-22
- P. 116:1-23 to P. 117:1-23
- P. 118:1-21 to P. 119:1-17
- P. 121:1-23 to P. 122:1-19
- P. 123:6-23 to P. 125:1-8
- P. 126:6-23 to P. 128:1-23
- P. 129:1-19
- P. 130:1-23 to P. 133:1-19
- P. 134:17-23 to P. 139:1-23
- P. 140:1-23 to P. 145:1-23
- P. 146:1-23 to P. 153:1-23
- P.154:7-21
- P.155:4-15

**Mark Plyter, Examination Before Trial,**
**October 29, 2021**

- P. 4:16-25
- P. 7:9-25 to P. 15:2-25
- P. 16:3-25 to P. 23:2-12
- P. 23:14-25 to P. 24:2-23
- P. 26:17-22
- P. 28:4-25 to P. 56:2-25
- P. 57:2-25 to P. 64:2-25
- P. 65:2-25 to P. 74:2-17
- P. 74:18-25 to P. 76:2-21
- P. 76:22-25 to P. 84:2-25
- P. 85: 4-25 to P. 92:2-25
- P. 93: 2-25 to P. 100:2-9
- P. 100:10-25 to P. 106:2-25
- P. 107:2-25 to P. 113:2-25
- P. 114:2-25 to P. 119:2-25
- P. 120:2-25 to P. 128:2-3
- P. 128:4-25 to P. 130:2-16

**Defendants' Objection To Read-In Testimony**

Defendants have no substantive objection to Plaintiff's reading in testimony of Defendants' Examination Before Trial transcript. However, Defendants will object to use of each and every answer to questions where Defendant raised a form objection at each deposition.

Dated:  December 27, 2022
       Rochester, New York

                                        **GOLDBERG SEGALLA LLP**

                                        By      */s/ Taylor L. Baker*
                                                Taylor L. Baker, Esq.
                                                Albert J. D'Aquino, Esq.
                                        *Attorneys for Defendants*
                                        665 Main Street
                                        Buffalo, New York 14203
                                        (716) 566-5453
                                        ajdaquino@goldbergsegalla.com
                                        tbaker@goldbergsegalla.com